UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROSALES, Booking #24744369,<br><br>Plaintiff,<br><br>v.<br><br>M. MARTINEZ, County Jail Nurse, et al.,<br><br>Defendants. | Case No.: 25-cv-00841-RSH-MMP<br><br>**ORDER DENYING ADDITIONAL MOTION FOR APPOINTMENT OF COUNSEL**<br><br>[ECF No. 13] |

Pending before the Court is Plaintiff's "Additional Motion for Appointment of Counsel 'Exceptional Circumstances'" dated August 8, 2025. ECF No. 13. A review of this motion reveals Plaintiff raises substantially the same arguments the Court addressed in its August 12, 2025 Order denying reconsideration of its July 9, 2025 denial of appointment of counsel. ECF No. 12. Thus, to the extent Plaintiff's current motion raises the same grounds for seeking appointment of counsel, it is denied for the same reasons the Court has already discussed. *See id*.

The current motion raises one additional ground—Plaintiff claims to have the defendants' address of employment only to identify on the USM 285 forms for service. ECF No. 13 at 2. This is not "exceptional circumstances" to justify appointment of counsel under 28 U.S.C. § 1915(e)(1). *See Cano v. Taylor*, 739 F.3d 1214, 1218 (9th Cir. 2014) (instructing a court to consider "whether a) there is a likelihood of success on the merits; and b) the prisoner is unable to articulate his claims in light of the complexity of the legal issues involved"). Moreover, a Summons was returned executed for at least one of the defendants indicating Defendant Banguilan was served at the addressed Plaintiff identified. ECF No. 9.

Accordingly, the Court **DENIES** Plaintiff's additional motion for appointment of counsel. ECF No. 13. Further, the Clerk is directed to provide a copy of the two returned summons, ECF Nos. 9 and 10, to Plaintiff.

**IT IS SO ORDERED**.

Dated: August 18, 2025

_Michelle M. Pettit_
HON. MICHELLE M. PETTIT
United States Magistrate Judge